UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS E. PAYNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PRESTIGE FINANCIAL SERVICES, ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 4:25-cv-00615-MTS |

## MEMORANDUM AND ORDER

Pro se Plaintiff Douglas E. Payne's case is before the Court on Defendant Prestige Financial Services, Inc.'s Motion to Dismiss. Doc. [10]; *see also* Fed. R. Civ. P. 12(b)(6). Because even a liberal construction of the Complaint reveals that Plaintiff failed to state a claim upon which relief can be granted, the Court will grant Defendant's Motion and dismiss this action as to Defendant Prestige Financial Services, Inc. *See Solomon v. Petray*, 795 F.3d 777, 787 (8th Cir. 2015) (providing that pro se pleadings "are to be given liberal construction"); *Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004) (quoting *Dunn v. White*, 880 F.2d 1188, 1197 (10th Cir. 1989) (explaining that even for a pro se plaintiff, the court "will not supply additional facts" nor "construct a legal theory for plaintiff that assumes facts that have not been pleaded")); *Lustgraaf v. Behrens*, 619 F.3d 867, 872–73 (8th Cir. 2010) (discussing the motion to dismiss for failure to state a claim standard).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Prestige Financial Services, Inc.'s Motion to Dismiss, Doc. [10], is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file proof of service of Defendant Richard L. Hyde and Defendant Pepo H. Tsvetanov no later than **Wednesday, July 30, 2025**.  *See* Fed. R. Civ. P. 4(m); *Taylor v. Clark Equip. Co.*, 4:22-cv-00201-SRC, 2022 WL 1640372, at *6 (E.D. Mo. May 24, 2022).  Failure to do so will result in the dismissal of this action as to these remaining Defendants without prejudice.

Dated this 12th day of June 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE