UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS E. PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00615-MTS |
| | ) | |
| PRESTIGE FINANCIAL SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court previously ordered that Plaintiff serve, and file proof of such service, Defendant Richard L. Hyde and Defendant Pepo H. Tsvetanov no later than July 30, 2025. *See* Doc. [31]. Plaintiff has failed to do so. There is no indication in the record of service having been completed, *see* Fed. R. Civ. P. 4(*l*)(1), nor an indication that Defendants agreed to waive service, *see id.* at 4(d)(4). Pursuant to Rule 4(m), the Court will dismiss these two Defendants without prejudice. Because the Court will have then dismissed all Defendants in this action, the Court will enter herewith an Order of Dismissal, which will dismiss this action.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Richard L. Hyde and Defendant Pepo H. Tsvetanov are **DISMISSED** from this action without prejudice.

Dated this 23rd day of September 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE